IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONEL DELEON,<br><br>Defendant. | **8:24CR170**<br><br><br>**ORDER** |

This matter is before the court on the motion of Joseph L. Howard to withdraw as counsel for the defendant, Leonel Deleon. (Filing No. 221). Joseph L. Howard's motion to withdraw (Filing No. 221) is granted.

Theodore C. Turnblacer Jr., 1403 Farnam Street, Suite 232, Omaha, NE 68102, (402) 884-7044, is appointed to represent Leonel Deleon for the balance of these proceedings pursuant to the Criminal Justice Act. Joseph L. Howard shall forthwith provide Theodore C. Turnblacer Jr. with the discovery materials provided the defendant by the government and such other materials obtained by Joseph L. Howard which are material to Leonel Deleon's defense.

The clerk shall provide a copy of this order to Theodore C. Turnblacer Jr. and the defendant.

**IT IS SO ORDERED.**

Dated this 11th day of May, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge